157 A.3d 487

Dennis P. KISSANE, Rita Martin, Suzanne Devore, Andrea Tiglio, Andrew Tiglio, Howard I. Roe, David C. Scares, Pat Bauer, Tracy Palmieri, Shawn Corrello, Joyce Wahlah, Angela Bidlack, Barbara B. Gordon, Robert B. Gordon, Lance Crow, David Eisenreich, and Kenneth Spear, Petitioners

v.

TOWN COUNCIL OF THE TOWN OF MCCANDLESS, Respondent

v.

Wal-Mart Real Estate Business Trust, Respondent

No. 178 WAL 2016

Supreme Court of Pennsylvania.

September 15, 2016

## ORDER

PER CURIAM

AND NOW, this 15th day of September, 2016, the Petition for Allowance of Appeal is DENIED.